# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| **DAVID BRONSTEIN,** | : | 18 U.S.C. § 1507 |
| **MATTHEW KRESLING,** | : | (Picketing or Parading) |
| **YASMINA MRABET,** | : | |
| **BELINDA RODRIGUEZ, and** | : | 40 U.S.C. § 6134 |
| **RICHARD SAFFLE,** | : | (Firearms, Fireworks, Speeches, and |
| | : | Objectionable Language in the Supreme |
| Defendants. | : | Court Building and Grounds) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about April 1, 2015, in the District of Columbia, defendants **DAVID BRONSTEIN, MATTHEW KRESLING, YASMINA MRABET, BELINDA RODRIGUEZ**, and **RICHARD SAFFLE**, with the intent of interfering with, obstructing, or impeding the administration of justice, or with the intent of influencing any judge, juror, witness, or court officer in the discharge of their duties, did demonstrate in or near a building housing a court of the United States.

(**Picketing or Parading**, in violation of Title 18, United States Code, Section 1507)

## COUNT TWO

On or about April 1, 2015, in the District of Columbia, defendants **DAVID BRONSTEIN**, **MATTHEW KRESLING**, **YASMINA MRABET**, **BELINDA RODRIGUEZ**, and **RICHARD SAFFLE**, did unlawfully make a harangue or oration, or utter loud, threatening, or abusive language in the Supreme Court Building or grounds.

(**Firearms, Fireworks, Speeches, and Objectionable Language in the Supreme Court Building and Grounds**, in violation of Title 40, United States Code, Section 6134)

Respectfully Submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney
D.C. Bar No. 471489


By: _____/s/_____
ANGELA S. GEORGE
D.C. Bar No. 470567
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-7758
Angeala.George@usdoj.gov