**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 15-00048 (CRC) |
| | : | |
| v. | | |
| | : | Status Hearing: April 16, 2015 |
| **DAVID BRONSTEIN,** *et. al.,* | | |
| **Defendants.** | : | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, provides the following information regarding the status/arraignment hearing set on Thursday, April 16, 2015.

**CHARGED OFFENSES, PENALTIES AND FINES**

All five co-defendants are charged in a two-count information alleging violation of Title 18 U.S.C. Section 1507 (Picketing or Parading) and Title 40 U.S.C. Section 6134 (Firearms, Fireworks, Speeches, and Objectionable Language in the Supreme Court).

The criminal offense alleged in Count 1 of the Information is a Class A misdemeanor and exposes the defendants, if convicted, to a maximum of one year (1) in jail and/or $100,000 fine.  18 U.S.C. Sections 3559(a)(1)(6) and 3571(b)(5).  The Court may impose a period of supervised release up to one (1) year. 18 U.S.C. Section 3583(b)(3).[1]  Additionally, the defendants will be required to pay a special assessment of $25.

The criminal offense alleged in Count 2 of the Information is a Class B misdemeanor and exposes the defendants, if convicted, to a maximum of sixty (60) days in jail and/or $5,000 fine.  18 U.S.C. Section 3571(b)(6) and 40 U.S.C. Section 6137(a).  The Court may not impose a period of supervised release for this offense because it is a petty offense.  18 U.S.C. Sections 19 and 3583(b)(3).  Similarly, the defendants will be required to pay a special assessment of $25.

---

[1] 18 U.S.C. Section 3583(a) states that a period of supervised release may be imposed as a part of and after a term of imprisonment.

## COMPUTATION OF TRIAL DATE UNDER THE SPEEDY TRIAL ACT

According to the Speedy Trial Act, in any case in which a plea of not guilty is entered, the trial of a defendant charged in an information with the commission of an offense[2] shall commence within seventy (70) days from the filing date and (making public) of the information or from the date the defendant has appeared before a judicial officer of the court in which the charge is pending, whichever occurs last.  18 U.S.C. Section 3161(c).

On April 2, 2015, the defendants were presented in D.C. Superior Court before Magistrate Judge Renee Raymond, and Judge Raymond, after providing the defendants with a copy of the federal information,[3] arraigned the defendants.  Each defendant, through counsel, pled not guilty in open court.

On April 3, 2015, the defendants appeared before U.S. Magistrate Judge Deborah A. Robinson.  Judge Robinson informed them of the charges and provided a copy of the information to the defendants and their counsel.  This appearance was the first time the defendants appeared before a judicial officer of this Court.  According to 18 U.S.C. 3161(c), the time period in which a trial date must be set began to run on April 4, 2015.  The government, without accounting for any excludable periods of time prior to April 16, 2015, contends the trial date in this case should be set before or on June 12, 2015.

Respectfully submitted,

VINCENT H. COHEN, JR.
ACTING UNITED STATES ATTORNEY

By:           _____/s/_____
Angela S. George, Assistant United States Attorney
D.C. Bar No. 470567
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4444
Washington, D.C.  20530
202-252-7758
Angela.George@usdoj.gov

---

[2] The definition of an offense excludes petty offenses.  Therefore, the Speedy Trial Act only directly applies to Count 1 of the information.  18 U.S.C. Section 3172(a).

[3] The information that was provided to defendants on April 2, 2015 is the same information that was filed in U.S. District Court on April 3, 2015.  Defendants were given a copy of the information again on April 3, 2015 when they appeared before U.S. Magistrate Judge Deborah A. Robinson.  The information in this case was filed and made public on April 2, 2015 and April 3, 2015.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Status Report has been served via the Electronic Case Filing system upon the defendants' counsel, Jeffrey Light, Esquire, this 15th day of April, 2015.

      _____/s/_____
      Angela S. George, Asst. U.S. Attorney