UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 15-00048 (CRC) |
| v. | : |
| DAVID BRONSTEIN, *et. al.* | : |
| Defendants. | : |

**GOVERNMENT'S NOTICE REGARDING CITED LEGAL AUTHORITY**[1]

The government informs the Court that the D.C. Circuit issued a ruling as to *Hodge v. Talkin*, 949 F. Supp. 2d 152 (D.D.C. 2013), reversing the District Court's judgment that 40 U.S.C. § 6135 unreasonably and impermissibly restricts *First Amendment* activity. *Hodge v. Talkin*, 2015 U.S. App. Lexis 15190 (D.C. Cir. Aug. 28, 2015).

Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney
  for the District of Columbia

JOHN MANNARINO
Assistant United States Attorney

By: _____/s/_____
ANGELA S. GEORGE, D.C. Bar No. 470567
Assistant U.S. Attorney
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4444
Washington, D.C. 20530
Angela.George@usdoj.gov
(202) 252-7758

By: _____/s/_____
JAMES M. PEREZ, D.C. Bar No. 986382
Special Counsel to the Acting U.S. Attorney
555 4th Street, N.W., Rm. 5124
Washington, D.C. 20530
James.Perez@usdoj.gov
(202) 252-7427

---

[1] The government cited to *Hodge v. Talkin*, 949 F.Supp. 2d 152 (D.D.C. 2013) in Footnote No. 6 in its response. See Gov't's Resp. at 17.