a

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Columbia

United States
      Plaintiff (s),
V.
David Bronstein, et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:15-cr-48 (CRC)

Notice is hereby given that, subject to approval by the court, __David Bronstein__ substitutes
(Party (s) Name)

__Caleb Medearis__, State Bar No. __1005309__ as counsel of record in
(Name of New Attorney)

place of __Jeffrey L. Light__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Law Office of Caleb Medearis
    Address:    1712 Eye Street NW, Washington, DC 20002
    Telephone:    (202) 223-5313    Facsimile  (202) 224-5888
    E-Mail (Optional):

I consent to the above substitution.
Date: 12/26/2015
(Signature of Party (s))

I consent to being substituted.
Date: 12/30/15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/26/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]