≈AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|                | For the | **District of** | Columbia |
| --- | --- | --- | --- |

| United States | | **CONSENT ORDER GRANTING** |
| --- | --- | --- |
| Plaintiff (s), | | **SUBSTITUTION OF ATTORNEY** |

V.

David Bronstein, et al.

**CASE NUMBER:**  1:15-cr-48 (CRC)

Defendant (s),

Notice is hereby given that, subject to approval by the court,   David Bronstein   substitutes

(Party (s) Name)

Caleb Medearis   , State Bar No.  1005309   as counsel of record in

(Name of New Attorney)

place of   Jeffrey L. Light   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Law Office of Caleb Medearis

Address:   1712 Eye Street NW, Washington, DC 20002

Telephone:   (202) 223-5313   Facsimile  (202) 224-5888

E-Mail (Optional):

I consent to the above substitution.

Date:   12/26/2015

(Signature of Party (s))

I consent to being substituted.

Date:   12/30/15

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   12/26/2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   1/4/16

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**