# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 15-00048 (CRC)
)
DAVID BRONSTEIN, et. al.

## NOTICE OF APPEAL

Name and address of appellant:          United States of America

Name and address of appellant's attorney:    Angela S. George
James M. Perez
United States Attorney's Office for
   the District of Columbia
555 4th Street, N.W., Room 4444
Washington, DC 20001

Offense: 18 U.S.C. § 1507; 40 U.S.C. § 6134

Concise statement of judgment or order, giving date, and any sentence:

December 22, 2015, Order of the Honorable Christopher R. Cooper granting in part defendant's motion to dismiss Count Two of the Information

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| January 13, 2016 | United States of America |
|---|---|
| DATE | APPELLANT |
| | /s/ |
| | ANGELA S. GEORGE |
| | DC Bar # 470567 |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE - Yes
CJA, NO FEE
PAID USDC FEE - Gov't appeal
PAID USCA FEE - Gov't appeal

Does counsel wish to appear on appeal? - Yes

Has counsel ordered transcripts? - Yes

Is this appeal pursuant to the 1984 Sentencing Reform Act? - No