AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

For the     **District of**     Columbia

United States

Plaintiff (s),

V.

Matthew Kresling

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:15-cr-48-2 (CRC)

Notice is hereby given that, subject to approval by the court, __Matthew Kresling__ substitutes
(Party (s) Name)

__Caleb Medearis__, State Bar No. __1005309__ as counsel of record in
(Name of New Attorney)

place of __Jeffrey L. Light__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Law Office of Caleb Medearis

    Address:     1712 Eye Street NW, Washington, DC 20002

    Telephone:     (202) 223-5313     Facsimile (202) 224-5888

    E-Mail (Optional):

I consent to the above substitution.

Date: 1/10/16

(Signature of Party (s))

I consent to being substituted.

Date: 1/20/16

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/4/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**